STEPHANUS SIMON, petitioner,

*v.*

ROSALIA SIMON, defendant.

[Decided February 15th, 1928.]

BUCHANAN, V. C.

The petition is by the husband for divorce on the grounds of adultery and desertion. The latter ground was abandoned after petitioner had testified that he had made no effort to have his wife return to him. The defendant was not present at the trial, and no testimony was offered in defense of the suit. The evidence offered on behalf of the petitioner entitles him to a decree for divorce on the ground of adultery. No contest was made for the custody of the children.